# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., <br> Plaintiff, <br> v. <br> TED BLOOM, et al., <br> Defendants. | Case No. 19-00715 EJD (PR) <br> **ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983, (Docket No. 1), and later a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 4). On December 9, 2019, the Court revoked IFP status under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. (Docket No. 10.) Plaintiff was directed to pay the full filing fee no later than fourteen days from the date the order was filed, i.e., no later than December 23, 2019, or face dismissal. (Id. at 5.)

The deadline has since passed, and Plaintiff has failed to pay the filing fee.[1]

---

[1] The Court notes that Plaintiff filed an appeal on December 26, 2019, which is currently

Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 1/6/20

*[signature]*

EDWARD J. DAVILA
United States District Judge

---

pending in the Ninth Circuit. (Docket No. 11.)

Order of Dismissal
PRO-SE\EJD\CR.19\00715Ray_dism(fee)